**Order entered March 25, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00068-CV

## IN THE INTEREST OF P.J.H. AND M.J.H., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85368**

### ORDER

The reporter's record is past due. On March 17, 2021, we ordered the reporter's record be filed by April 16, 2021 after counsel for appellant notified the Court that he had requested the record and was in the process of paying the reporter's fee.

Shannon Sudderth, Official Court Reporter for the 354th Judicial District Court, filed a letter on March 24, 2021 informing the Court that counsel for appellant has not communicated with her regarding the record. She states that counsel contacted her predecessor but has not provided the dates for the hearings he wants transcribed or made payment arrangements.

In light of these circumstances, we **ORDER** appellant to file, by **April 1, 2021**, written verification that he has requested that Ms. Sudderth prepare the reporter's record and has paid or made arrangement to pay her fee. Should appellant file the required written verification, the Court will set a new deadline for the reporter's record. Should appellant fail to comply, the Court will order the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Sudderth and all parties.

/s/    CRAIG SMITH
        JUSTICE